# MILLER | WRUBEL

**WRITER'S DIRECT NUMBER**
(212) 336-3503
E-mail
medel@mw-law.com

**FACSIMILE**
(212) 336-8555

September 15, 2011

**BY FACSIMILE**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/11
```

**Re:** *A&E Television Networks, LLC, et ano. v. Pivot Point Entertainment, LLC, et al., No. 10-cv-9422 (PGG)*

Dear Judge Gardephe:

We represent plaintiffs. At the September 14, 2011 conference, the Court said that discovery should be taken before it considers plaintiffs' proposed motions for summary judgment and to dismiss the counterclaims. The Court suggested that plaintiffs withdraw their pending motion to recover reasonable attorneys' fees and costs, without prejudice to making a motion for reasonable attorneys' fees and costs after the Court determines who is entitled to what monies. Plaintiffs made the pending motion pursuant to the Court's order, dated July 14, 2011 and covered only plaintiffs' reasonable attorneys' fees and costs "in bringing and prosecuting this action." July 14 Order at ¶ 6.

Plaintiffs hereby withdraw their motion, dated July 28, 2011, for reasonable attorneys' fees and costs, without prejudice to making a motion for reasonable attorneys' fees and costs after the Court determines the rights of the parties to the interpleaded funds and any claims against the plaintiffs. The foregoing motion is expected to include plaintiffs' reasonable attorneys' fees and costs incurred in (i) bringing and prosecuting the action through discharge and (ii) after discharge.

Respectfully submitted,

Martin D. Edel

cc:    Paul Sorrell, Esq. (by facsimile and e-mail)
       Andrew Brad Brettler, Esq. (by facsimile and e-mail)
       Cameron Stracher, Esq. (by facsimile and e-mail)
       Howard King, Esq. (by facsimile and e-mail)
       Louis M. Atlas, Esq. (by facsimile and e-mail)

*The Clerk of the Court is directed/ees to terminate the motion as written herein. (Dkt. No. 56)*

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
Dated: Sept. 16, 2011