# MILLER | WRUBEL

WRITER'S DIRECT NUMBER
(212) 336-3503
E-mail
mcdel@mw-law.com

FACSIMILE
(212) 336-3555

**MEMO ENDORSED**

September 23, 2011 Application is granted.

**BY FACSIMILE**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Sep 23, 2011.

Re: *A&E Television Networks, LLC, et ano. v. Pivot Point Entertainment, LLC, et al., No. 10-cv-9422 (PGG)*

Dear Judge Gardephe:

    We represent plaintiffs. By stipulation and order, dated September 7, 2011, the parties agreed to extend and the Court extended the time for plaintiffs to reply to the counterclaims of defendant Pivot Point Entertainment, LLC ("Pivot Point"), through and including seven days after the Court's determination of Plaintiffs' application to dismiss the counterclaims. At the September 14, 2011 telephonic conference, the Court said it wanted all dispositive motions to be made after discovery has been completed in accordance with the schedule the Court "so ordered." As a result, plaintiffs did not make an application to dismiss the counterclaims.

    We respectfully request that the Court grant plaintiffs through and including September 28, 2011 to Reply to Pivot Point's counterclaims. Pivot Point's attorney, Mr. King, has consented to the foregoing extension.

Respectfully submitted,

Martin D. Edel

cc: Paul Sorrell, Esq. (by facsimile and e-mail)
    Andrew Brad Brettler, Esq. (by facsimile and e-mail)
    Cameron Stracher, Esq. (by facsimile and e-mail)
    Howard King, Esq. (by facsimile and e-mail)
    Louis M. Atlas, Esq. (by facsimile and e-mail)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/11
```