USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
A&E TELEVISION NETWORKS, LLC, et al.,

            Plaintiffs,

   -v.-

D&D TELEVISION PRODUCTIONS, INC., et al.,

            Defendants.
-----------------------------------------------------------------X

ORDER

10 Civ. 9422 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated December 6, 2011, Judge Gardephe referred this case to me for general pretrial supervision. (Dkt. No. 83). Following a telephonic conference held today with the parties, the Court amended the Scheduling Order in this case (Dkt. No. 60) by extending the deadline for fact discovery to March 15, 2012. Accordingly, all discovery—fact and expert—must now be completed by March 15, 2012.

Absent extraordinary circumstances, there will be no further extensions of the discovery deadline.

**SO ORDERED.**

Dated: New York, New York
       December 8, 2011

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel.**

USDC SDNY
DATE SCANNED 12/9/11