USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
A&E TELEVISION NETWORKS, LLC AND D&D
TELEVISION PRODUCTIONS, INC.,
                      Interpleader Plaintiffs,

        -v-

PIVOT POINT ENTERTAINMENT, LLC, DUANE
CHAPMAN, AND ALICE BARMORE-SMITH
CHAPMAN,
                      Defendants.
-----------------------------------------------------------X

10 Civ. 09422 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received proposed redactions to Plaintiffs' Reply Memorandum of Law and supporting materials, and Pivot Point's Motion for Summary Judgment Against the Chapman Defendants and supporting materials. For the reasons stated in the Court's July 13, 2012 Order, the Court finds the proposed redactions are justified. The parties shall promptly file redacted versions of these papers. The Court is in receipt of loose-leaf, unredacted copies of Plaintiffs' reply papers, which the Court will file under seal. The Court does not appear to have received loose-leaf, unredacted copies of Pivot Point's papers; Pivot Point is, therefore, directed to promptly submit these materials to the Court.

SO ORDERED.

Dated: August 20, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge