**MEMO ENDORSED**

# MILLER | WRUBEL

WRITER'S DIRECT NUMBER
(212) 336-3503
E-mail
medel@mw-law.com

FACSIMILE
(212) 336-3555

September 27, 2012

**BY EMAIL**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 02 2012

Re: *A&E Television Networks, LLC, et ano. v. Pivot Point Entertainment, LLC, et al.*, No. 10-cv-9422 (AJN):
<u>Letter Concerning Deposit Pursuant to July 15, 2011 Order</u>

Dear Judge Nathan:

We represent Plaintiffs. Pursuant to the Court's order, dated July 15, 2011, Plaintiffs have accounted to Defendants and wire transferred to the Court amounts due under the Pivot Point Agreement and claimed by Defendants to be due under the Pivot Point Agreement through the first quarter 2012 for videogram royalties and off network exploitation fees, including syndication fees (collectively, the "Royalties").

We informed the Court on July 3, 2012 that Plaintiff, A&E Television Networks, LLC ("AETN"), has upgraded its royalty accounting system. Plaintiff has found that there may be unresolved issues with that upgrade. As a result, AETN respectfully requests that the Court grant it leave to October 19, 2012 (instead of September 30, 2012) to account for, and wire transfer, Royalty amounts due and claimed to be due for the second quarter of 2012.

*So Ordered*

Respectfully submitted,

Martin D. Edel

Cc (by email): Howard King, Esq.
Martin Singer, Esq.
Andrew Brad Brettler, Esq.
Cameron Stracher, Esq.

SO ORDERED: 10/2/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

MILLER & WRUBEL PC | ATTORNEYS | 570 LEXINGTON AVENUE | NEW YORK, NEW YORK 10022